# NO. 12-15-00175-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| ***BROWN-EYED GIRL, LLC D/B/A LEIGH OLIVER'S, AND BROWN-EYED GIRL, LLC D/B/A LEIGH OLIVER'S, AS ASSIGNEE OF GOURMET RESOURCES, LLC AND ALEXANDRA WEEKS, INDIVIDUALLY AND D/B/A GOURMET RESOURCES, LLC, APPELLANT*** | § | ***APPEAL FROM THE 114TH*** |
| | § | ***JUDICIAL DISTRICT COURT*** |
| ***V.*** | | |
| ***TRUCK INSURANCE EXCHANGE, APPELLEE*** | § | ***SMITH COUNTY, TEXAS*** |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). After reviewing the motion, the Court is of the opinion that it should be granted. Accordingly, Appellant's motion to dismiss is ***granted*** and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.2(a)(1).

Opinion delivered October 21, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

OCTOBER 21, 2015

NO. 12-15-00175-CV

**BROWN-EYED GIRL, LLC D/B/A LEIGH OLIVER'S, AND BROWN-EYED GIRL, LLC D/B/A LEIGH OLIVER'S, AS ASSIGNEE OF GOURMET RESOURCES, LLC AND ALEXANDRA WEEKS, INDIVIDUALLY AND D/B/A GOURMET RESOURCES, LLC,**
Appellants
V.
**TRUCK INSURANCE EXCHANGE,**
Appellee

Appeal from the 114th District Court

of Smith County, Texas (Tr.Ct.No. 11-3019-B/S1)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*